


**ORDERED in the Southern District of Florida on January 22, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI, DIVISION)

| | |
|---|---|
| In re: | CASE NO.: 19-19957-AJC |
| JORGE O. DUENAS<br>RITA A. DUENAS, | CHAPTER 7 |
| Debtors. / | |
| ROBERT A. ANGUEIRA, Chapter 7 Trustee in Bankruptcy for Jorge O. Duenas and Rita A. Duenas,<br><br>Plaintiff,<br>vs.<br><br>GEORGE ANDREWS DUENAS,<br><br>Defendant. / | ADV. CASE NO: 19-1783-AJC |

**DEFAULT FINAL JUDGMENT AGAINST DEFENDANT GEORGE ANDREWS DUENAS**

THIS MATTER came before the Court upon the Motion for Default Final Judgment Against Defendant George Andrews Duenas (the "***Motion***") filed by Robert A. Angueira, the duly appointed and qualified Chapter 7 Trustee (the "***Trustee***" or "***Plaintiff***") of the bankruptcy estate of Jorge O. Duenas and Rita A. Duenas (the "***Debtors***"). The Court, having reviewed the Motion and the record herein, noting that an entry of Default was entered by the Clerk against the Defendant [D.E. 7] which this Court reaffirms as meeting all the requirements established by law and the Rules of this Court, and it appearing that the Clerk's Default was entered due to Defendant's failure to respond or answer to the Complaint as required by Rule 7012, Fed. R. Bankr. P., and it further appearing that pursuant to Rule 7055, Fed. R. Bankr. P., the Plaintiff is entitled to the entry of a Final Default Judgement against Defendant as a matter of law on all counts in the Complaint, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Motion for Default Final Judgment is **GRANTED**.

2. **FINAL JUDGMENT** is herein entered in favor of the Plaintiff, Robert A. Angueira, as Chapter 7 Bankruptcy Trustee of the Estate of Jorge O. Duenas and Rita A. Duenas, whose mailing address is 16 SW 1 Ave, Miami, FL 33130, and against the Defendant GEORGE ANDREWS DUENAS.

3. Plaintiff, Robert A. Angueira, as Chapter 7 Bankruptcy Trustee of the Estate of Jorge O. Duenas and Rita A. Duenas, shall be entitled to liquidate the real property located at 228 SW 83 Way #206, Pembroke Pines, FL 33025 (the "***Real Property***"), legally described as:

> CONDOMINIUM Unit No. 206 Building No. 04, of HERON POND CONDOMINIUM, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 42216, Page 910, of the Public Records of Broward County, Florida.

Parcel Identification Number: 5141 16 AF 0620

4. The Plaintiff may sell the Estate's interest and the interest of the Defendant in the Real Property, free and clear of the interest of the Defendant. The Defendant, shall be given the right to purchase the Estate's interest in the Real Property at any proposed sale price the Trustee may obtain, pursuant to 11 U.S.C. §363(i). The Plaintiff, may obtain the proceeds of such sale equivalent to the Bankruptcy Estate's interest in the Real Property, and the Defendant may obtain the proceeds of such sale equivalent to his interest in the Real Property, less the costs and expenses of such sale as provided by 11 U.S.C. §363(j). Any proceeds that the Defendant shall receive shall be set off by the Trustee to first pay any unauthorized liens or other liens placed on the Real Property by the Defendant.

5. All court costs of this action and attorney fees of this action (as approved and allowed by the Bankruptcy Court) shall be deemed costs of the sale which must be deducted from the proceeds of the sale before any proceeds are then distributed to the Estate and the Defendant.

6. This Court retains jurisdiction for the purpose of making all other orders and judgments as may be necessary and proper.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, FL 33130
Tel. 305-263-3328
e-mail: yanay@rabankruptcy.com

Copies furnished to:
Yanay Galban, Esq.

*(Attorney Yanay Galban is directed to serve copies of this Order upon the Debtor, the Trustee, the Attorney for the Debtor, the U.S. Trustee, and all parties who have entered an appearance in this case, upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*